# News Release

Share This:

June 12, 2018

# Fannie Mae Announces Winner of its Latest Non-Performing Loan Sale

**Alicia Jones**

**202-752-5716**

WASHINGTON, DC – Fannie Mae (FNMA/OTC) today announced the winning bidders for its thirteenth non-performing loan sale. The sale includes approximately 9,800 loans totaling $1.64 billion in unpaid principal balance (UPB), divided among four pools. The winning bidder for the transaction is MTGLQ Investors, L.P. (Goldman Sachs). The transaction is expected to close on July 20, 2018.

In collaboration with Bank of America Merrill Lynch and Williams Capital Group, Fannie Mae began marketing these loans to potential bidders on May 15, 2018.

The loan pools awarded in this most recent transaction include:

- Group 1 Pool: 2,372 loans with an aggregate unpaid principal balance of $358,278,749; average loan size $151,045; weighted average note rate 4.73%; weighted average delinquency 25 months; and weighted average broker's price opinion (BPO) loan-to-value ratio of 79%.

- Group 2 Pool: 3,182 loans with an aggregate unpaid principal balance of $478,667,973; average loan size $150,430; weighted average note rate 5.21%; weighted average delinquency 40 months; and weighted average BPO loan-to-value ratio of 63%.

- Group 3 Pool: 1,403 loans with an aggregate unpaid principal balance of $210,828,373; average loan size $150,270; weighted average note rate 5.13%; weighted average delinquency 40 months; and

weighted average BPO loan-to-value ratio of 63%.

- Group 4 Pool: 2,881 loans with an aggregate unpaid principal balance of $595,183,158; average loan size $206,589; weighted average note rate 4.60%; weighted average delinquency 39 months; and weighted average BPO loan-to-value ratio of 120%.

The cover bid, which is the second highest bid, was 81.48% of UPB (53.39% of BPO) for the total of the four pools which were purchased on an all-or-none basis.

Bids are due on Fannie Mae's thirteenth Community Impact Pools on June 19, 2018.

Potential buyers can register for ongoing announcements or training, and find more information on Fannie Mae's sales of non-performing loans and on the Federal Housing Finance Agency's guidelines for these sales, at http://www.fanniemae.com/portal/funding-the-market/npl/index.html (/portal/funding-the-market/npl/index.html).

On April 14, 2016, the Federal Housing Finance Agency announced additional enhancements (http://www.fhfa.gov/Media/PublicAffairs/PublicAffairsDocuments/NPL-Fact-Sheet_04-14-16.pdf) to its requirements for sales of non-performing loans by Fannie Mae and Freddie Mac that build on the requirements originally announced in March 2015. The additional requirements, which apply to this Fannie Mae non-performing loan sale, encourage sustainable modifications that have the potential to provide more borrowers the opportunity for home retention by requiring evaluation of underwater borrowers for modifications that may include principal and/or arrearage forgiveness; forbidding "walking away" from vacant homes; and establishing more specific proprietary loan modification standards.

*Fannie Mae helps make the 30-year fixed-rate mortgage and affordable rental housing possible for millions of Americans. We partner with lenders to create housing opportunities for families across the country. We are driving positive changes in housing finance to make the home buying process easier, while reducing costs and risk. To learn more, visit fanniemae.com (http://www.fanniemae.com) and follow us on twitter.com/FannieMae (http://twitter.com/FannieMae).*

**Newsroom**
(/portal/media/news.html)

Follow Us (/portal/stay-connected.html)

© 2018 Fannie Mae

tal/about-fm/contact-us.html)    Legal (/portal/legal-disclosure.html)    Privacy (/portal/privacy-statement.html)